# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID E. BRIDGEWATER & LYNN A. BRIDGEWATER    Case Number: 05-75159
3137 SEWELL STREET    SSN-xxx-xx-0266 & xxx-xx-3008
ROCKFORD, IL  61109

Case filed on: 9/26/2005
Plan Confirmed on: 12/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $33,021.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SOUTHWEST CREDIT SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | DAVID E. BRIDGEWATER | 0.00 | 0.00 | 33.83 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 33.83 | 0.00 |
| 003 | US BANK NA | 50,954.41 | 0.00 | 0.00 | 0.00 |
| 004 | US BANK NA | 1,820.73 | 1,820.73 | 1,820.73 | 0.00 |
|  | Total Secured | 52,775.14 | 1,820.73 | 1,820.73 | 0.00 |
| 001 | HEIGHTS FINANCE | 1,819.95 | 1,819.95 | 1,819.95 | 0.00 |
| 002 | HSBC AUTO FINANCE | 15,554.05 | 15,554.05 | 15,554.05 | 0.00 |
| 005 | BANK FIRST | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 10,812.44 | 10,789.52 | 10,789.52 | 0.00 |
| 007 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITICORP CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 236.44 | 236.44 | 236.44 | 0.00 |
| 010 | HULSEBUS CHIROPRACTIC CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | JACK V. RODRIQUEZ, M.D. | 573.14 | 573.14 | 573.14 | 0.00 |
| 014 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RKFD INFECT. DISEASE CONSULT. | 809.00 | 809.00 | 0.00 | 0.00 |
| 016 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | UNITED CREDIT SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | UAC ITS SUBSIDIARIES ITS AFFFILIATED | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 29,805.02 | 29,782.10 | 28,973.10 | 0.00 |
|  | Grand Total: | 82,580.16 | 31,602.83 | 30,827.66 | 0.00 |

Total Paid Claimant:    $30,827.66
Trustee Allowance:    $2,193.34    Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    97.28    discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007        By  /s/Heather M. Fagan